**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ANNISTON H.M.A., INC.** ) | |
| **dba** ) | |
| **Stringfellow Memorial Hospital,** ) | |
| **ET AL.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT, Secretary** ) | Civil Action No._____ |
| **Department of Health and Human** ) | |
| **Services** ) | |
| **200 Independence Avenue, S.W.** ) | |
| **Washington, D.C. 20201** ) | |
| ) | |
| **Defendant** ) | |

## RULE 7.1 CERTIFICATE DISCLOSING CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for the Plaintiffs, certify that to the best of my knowledge and belief, that the parent company of each of the named plaintiff's in this civil action is Health Management Associates, Inc., which has outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

_____
Leslie D. Alderman III (D.C. Bar No. 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Avenue, NW Suite 1000
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)
Attorney of Record for the Plaintiffs