From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: **U.S. Postal Service Track & Confirm email Restoration**
Date: August 21, 2006 3:59:50 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

Les Alderman has requested that you receive this restoration information from Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal

Label Number: 7005 1160 0002 6707 1463

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:44pm |

USPS has not verified the validity of any email addresses submitted via its

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $1.59 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.84 |

Sent To: Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No.: 555 4th St. NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael O. Leavitt
Secretary
Department of Health and Human Services
200 Independence Ave, SW
Washington DC 20201

2. Article Number: 7005 1160 0002 6703 9661

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Lawrence
B. Received by (Printed Name): Lawrence
C. Date of Delivery: 6-19-06
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
1. Article Addressed to:
US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530

2. Article Number: 7005 1160 0002 6703 9678

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
B. Received by (Printed Name): [signature] 2006
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes