**From:** "U.S._Postal_Service_"<U.S._Postal_Service@usps.com
**Subject:** U.S. Postal Service Track & Confirm email Restoration
**Date:** August 21, 2006 3:59:50 PM EDT
**To:** lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

Les Alderman has requested that you receive this restoration inform
Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Pos

Label Number: 7005 1160 0002 6707 1463

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:44pm |

USPS has not verified the validity of any email addresses submitted via its

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.59 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.84 |

Sent To  _Anniston_
Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No.  555 4th St. NW
City, State, ZIP+4  Washington, DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Secretary
Department of Health and
Human Services
200 Independence Ave, SW
Washington DC 20201

2. Article Number 7005 1160 0002 6703 9661
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

A. Signature
X KMG  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  Experience
C. Date of Delivery  6-19-06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

7005 1160 0002 6703 9661

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
950 Pennsylvania Ave
NW
Washington DC
20530

2. Article Number 7005 1160 0002 6703 9678
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

A. Signature
X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery  2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

7005 1160 0002 6703 9678