UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> ) <br> MEDICARE REIMBURSEMENT LITIGATION ) <br> ) <br> _____) <br> ) <br> This document relates to: ) <br> ) <br> ALL ACTIONS ) <br> _____) | Misc. No. 03-0090 (PLF) <br> Civil Action No. 02-0601 |

ORDER

By Orders of January 7, 2003, March 25, 2003, and a number of subsequent orders, the Court consolidated approximately 265 civil actions that raise the same or similar legal and factual issues. This was done pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Civil Rule 40.5(d). On March 25, 2003, the Court adopted a case management plan which directed, among other things, that all non-case specific filings (which have been very few in number) should be filed only under the newly consolidated miscellaneous action captioned "In re: Medicare Reimbursement Litigation," Miscellaneous No. 03-0090 (PLF).

The core legal issues having now been resolved by the United States Court of Appeals for the District of Columbia Circuit and certiorari having been denied, the parties in all of these consolidated cases, acting through coordinating counsel designated in the case management plan, have been actively engaged in settlement discussions with the goal of achieving a global settlement in all or substantially all of the cases. No activity currently is occurring in any of the individual cases, and none is anticipated so long as settlement

negotiations continue. For these reasons, the Court has determined that it is appropriate at this time, for management and administrative purposes, to administratively close each of the individual civil actions that are consolidated under the miscellaneous number and to record as an open case only Miscellaneous No. 03-0090. This administrative action will in no way affect the rights of the parties and their lawyers to litigate any of the civil actions if necessary in the future, even though for administrative reasons the docket may include the word "closed" in its header.

        SO ORDERED.


                                            /s/_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE: October 13, 2006